## (June 15, 1966)

■ In the Matter of REUBEN R. GORDON, Appellant, v. BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK et al., Respondents.— On the court's own motion, the court's decision rendered June 6, 1966 (26 A D 2d 545) is amended so as to provide, in the decretal paragraph thereof concerning the judgment entered March 9, 1965, that the period for which petitioner is to be accorded full pay is from the effective date of his suspension, in place of the provision in said decision that it is from the effective date of his purported discharge. Ughetta, Acting P. J., Christ, Rabin, Hopkins and Benjamin, JJ., concur.

## (June 16, 1966)

■ In the Matter of FRANCIS X. KEANE et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.—In a proceeding under CPLR article 78 *inter alia* to declare invalid the party call of the Democratic Party in Queens County, dated April 27, 1966 (as amended), petitioners appeal from a judgment of the Supreme Court, Queens County, entered June 1, 1966, which adjudged *inter alia* that certain designating petitions are valid. Judgment modified, on the law and facts, in accordance with the stipulation of the attorneys for the respective parties (1) by adding to the names of the persons set forth in the second decretal paragraph of the judgment as candidates for the designated party positions (after the name " Caroline Schmitt") the names of Francis X. Keane and Gloria C. Bendl; and (2) by eliminating the word "respectively" where it first appears in said second decretal paragraph (after the letter " B "). As so modified, judgment affirmed, without costs. On motion, leave to appeal to the Court of Appeals is granted. Beldock, P. J., Christ, Brennan, Hill and Benjamin, JJ., concur.